**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01114-AP

SANDRA MAESTAS,

       Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

**REVISED BRIEFING SCHEDULE**

---

THE PARTIES, through their respective counsel, hereby submit the following proposed revised briefing schedule in this matter and respectfully request that it be approved by this Honorable Court. This proposed briefing schedule results from the filing of the transcript of the June 26, 2007 Social Security hearing that was not previously made part of the record in this case. The transcript of the January 13, 2004 Social Security hearing, which was also not previously made part of the record in this case, has not been filed.

Upon information and belief, and pursuant to representations from the Defendant, the recording of the January 13, 2004 hearing is unavailable for transcription. While the absence of this transcript results in an incomplete record, the Plaintiff is willing to stipulate that the actual transcript of said January 13, 2004 hearing is not necessary for the parties to proceed in this matter.

The proposed briefing schedule is as follows:

Plaintiff's Opening Brief:        October 25, 2010

Defendant's Response Brief:       November 30, 2010

Plaintiff's Reply Brief (if any):    December 13, 2010

This schedule is approved as submitted.

Dated this 7th day of October, 2010.

BY THE COURT:

_s/John L. Kane_____
John L. Kane, Senior Judge
United States District Court